**Order filed February 14, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00267-CR

_____

## BOBBY RAY RUIZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 14-4492**

### O R D E R

Appellant has filed in this court a motion to abate this appeal for thirty days to allow a supplemental reporter's record to be filed in this court. The reporter's record currently on file in this court does not contain any exhibits.

We grant Appellant's motion and abate the appeal. The appeal will be reinstated when the supplemental reporter's record is filed in this court. Appellant's

brief will be due to be filed in this court thirty days after the date that this appeal is reinstated.

PER CURIAM

February 14, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.